# EXHIBIT 12

| | |
|---|---|
| **From:** | Silverstein, Chelsea |
| **To:** | Jaime McDade; thomas.collins@bipc.com; Weil Walgreens Team; Polkes, Jonathan; Zalka, Caroline |
| **Cc:** | David Knotts; Esther Lee; Randall Baron; Lawrence Stengel |
| **Subject:** | RE: Chabot, et al. v. Walgreens Boots Alliance, Inc., et al., No. 18-cv-2118 - Plaintiffs" Second Set of Interrogatories |
| **Date:** | Thursday, October 29, 2020 6:19:24 PM |
| **Attachments:** | WBA R&Os to Plaintiffs" Second Set of Interrogatories.pdf<br>S. Pessina R&Os to Plaintiffs" Second Set of Interrogatories.pdf<br>G. Fairweather R&Os to Plaintiffs" Second Set of Interrogatories.pdf |

Counsel,

Please see attached Responses & Objection to Plaintiffs' Second Set of Interrogatories that we are serving on behalf of Defendants Walgreens, Stefano Pessina, and George Fairweather.

As provided in the responses to Interrogatory No. 1, Defendants will use information received from counsel regarding the FTC review process, together with other evidence, to show that they honestly believed, and had a reasonable basis for, each of the statements they made that are alleged to be false or misleading in this case, and that each such statement fairly aligned with the information they possessed at that time. In recent correspondence, Plaintiffs have suggested that this information is somehow "incriminating" and was wrongfully suppressed in the previous stage of discovery. Those contentions could not be more wrong. Far from being "incriminating" or any of the other labels Plaintiffs have used in recent correspondence, communications from the lawyers (among other evidence) proves the reasonable basis underlying the statements made by Messrs. Pessina and Fairweather and demonstrates their genuine belief in the accuracy of those statements.

Regards,

Chelsea



**Chelsea Silverstein**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
chelsea.silverstein@weil.com
+1 212 310 8711 Direct
+1 212 310 8007 Fax

**From:** Jaime McDade <JaimeM@rgrdlaw.com>
**Sent:** Tuesday, September 29, 2020 5:34 PM
**To:** thomas.collins@bipc.com; Weil Walgreens Team <Weil.Walgreens.Team@weil.com>; Polkes, Jonathan <Jonathan.Polkes@weil.com>; Zalka, Caroline <caroline.zalka@weil.com>
**Cc:** David Knotts <DKnotts@rgrdlaw.com>; Esther Lee <elee@rgrdlaw.com>; Randall Baron <RandyB@rgrdlaw.com>; Lawrence Stengel <lfs@saxtonstump.com>

**Subject:** Chabot, et al. v. Walgreens Boots Alliance, Inc., et al., No. 18-cv-2118 - Plaintiffs' Second Set of Interrogatories

Please find the attached Second Set of Interrogatories to Defendants Walgreens Boots Alliance Inc., George R. Fairweather and Stefano Pessina.

Jaime A. McDade

Robbins Geller Rudman & Dowd LLP

655 West Broadway, Suite 1900

San Diego, CA 92101

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**